AO 450 (Rev. 5/85) Judgment in a Civil Case

E-FILED
Tuesday, 30 September, 2008   12:35:32 PM
 Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**JUAN GOMEZ,**
**Plaintiff,**

vs.                                                                                  Case Number:   **03-2084**

**DONALD SNYDER, ET AL,**
**Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against the plaintiff.   This lawsuit is closed in its entirety.   The parties are to bear their own costs.

ENTER this 30th day of September 2008.

s/Pamela E. Robinson, Clerk

PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY:  DEPUTY CLERK